**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Moreno,                               ) | No. CV 09-1041-PHX-JAT |
|                             ) | |
|           Plaintiff,        ) | **ORDER** |
|                             ) | |
| vs.                         ) | |
|                             ) | |
| Yamaha Motor Corporation; U.S.A.;) | |
| Yamaha Motor Manufacturing) | |
| Corporation of America; Yamaha Motor) | |
| Co., Ltd.,                  ) | |
|                             ) | |
|           Defendants.       ) | |
|                             ) | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, Plaintiff makes no jurisdictional allegation regarding federal subject matter jurisdiction in the complaint.

Because federal courts are courts of limited jurisdiction, the party asserting jurisdiction must plead sufficient facts for this Court to assess its jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994); *Valdez v. Allstate*, 372 F.3d 1115, 1116-17 (9th Cir. 2004).

Therefore,

/ / /

/ / /

1  **IT IS ORDERED** that by July 2, 2009, Plaintiff shall file an amended complaint properly alleging federal subject matter jurisdiction, or this case will be dismissed without prejudice for lack of federal subject matter jurisdiction.

DATED this 12th day of June, 2009.

_____
James A. Teilborg
United States District Judge